UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE MURILLO-MARTINEZ, | Case No. 1:26-cv-03225-HBK |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE SCHEDULING ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 2) |
| Defendant. | |

Pending before the Court is Plaintiff's motion to proceed *in forma pauperis* under 28 U.S.C. § 1915 in this Social Security appeal. (Doc. 2). Plaintiff's declarations in the motion satisfies the requirements under § 1915.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is GRANTED.

2. The Clerk is directed to issue the Scheduling Order and summons. Service shall proceed under the Court's E-Service program set forth in the Scheduling Order.

Dated:   May 28, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE